✎AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
SAINT, REANNA

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00376-AGH
Case No. GM1 E2771231
USM No.
PRO SE
Defendant's Attorney

**THE DEFENDANT:** SAINT, REANNA

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-44 | IMPROPER PASSING | 07/28/26 | 1 |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $220.00 | $ 10.00 | $ 180.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1600

Defendant's Year of Birth: 2004

City and State of Defendant's Residence:
COLUMBUS, GA

11/09/2026
Date of Imposition of Judgment

s/ Amelia G. Helmick
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

11/09/2026
Date

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**PAYMENT INFORMATION FOR DEFERRED AND INSTALLMENT FINES**

CM/ECF Case No. 4:26-PO-00376-AGH

DEFENDANT'S NAME: SAINT, REANNA

VIOLATION NO: E2771231 LOCATION CODE: GM1

MAGISTRATE JUDGE: Amelia G. Helmick DATE IMPOSED: 11/09/2026

You have been sentenced to pay a fine by the United States District Court. In addition, a special assessment has been imposed against you in accordance with the federal Victims of Crime Act of 1984 (18 U.S.C. Section 3 013). The total amount that you owe is set forth below. A 10% charge is added for fines 30 days past due. An additional 15% charge is added for fines 120 days past due.

The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g). Unpaid fines in default status will be transferred to the U.S. Department of the Treasury for collection per the Debt Collection Improvement Act of 1996. Treasury will attempt to collect the debt by mail, private collection agency, credit bureau reporting, wage garnishment and/or tax refund offset. Additional fees will be added to the amount due by Treasury.

| | |
|---|---|
| TOTAL FINE IMPOSED: | $ 180.00 |
| TOTAL ASSESSMENT IMPOSED: | $ 10.00 |
| PROCESSING FEE: | $ 30.00 |
| TOTAL AMOUNT YOU OWE: | $ 220.00 |

PAYMENT SCHEDULE

| Payment No. | Amount Due | Date Due |
|---|---|---|
| 1 | $ 220.00 | 12/09/2026 |
| 2 | $ | |
| 3 | $ | |
| 4 | $ | |
| 5 | $ | |
| 6 | $ | |

Pay online at www.cvb.uscourts.gov

Pay by phone by calling 800-827-2982

Mail check or money order to Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549